CSD 2065 [09/01/22]

Court Telephone: (619) 557-5620, www.casb.uscourts.gov

Christopher R. Barclay, Chapter 7 Trustee
451 A Street, Suite 410
San Diego, CA 92101
U.S. Mail: P.O. Box 2819, La Mesa, CA 91943-2819
Tel.: (619) 255-1529 Email:  admin@crb7trustee.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Alta Vista Park, A Limited Partnership

BANKRUPTCY NO. 24-00337-CL7

Debtor.

## TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 554 and FRBP 6007(a), notice is hereby given that the  undersigned Trustee for this estate intends to abandon the following property:

PROPERTY TO BE ABANDONED:

See attached.

ESTIMATED VALUE OF THE PROPERTY:

See attached (According to values on Debtor's Schedule A/B)

LIENS AGAINST THE PROPERTY:

Furniture, Fixtures, and Equipment subject to lien in the amount of $179,016.87 (According to secured claim(s) listed on Debtor's Schedule D)

The property is to be abandoned because:

☒ There is little or no equity in the property for the estate.

☒ Costs of collection or litigation will probably exceed any recovery.

☒ Preservation of the asset is burdensome to the bankruptcy estate.

☐ Other:

By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors. Requests for additional information about the proposed abandonment should be directed to the Trustee named below.

IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

1.    **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

|   |     |   |                      |   |                             |
|---|-----|---|----------------------|---|-----------------------------|
| - | CL  | - | call (619) 557-6019  | - | DEPARTMENT FIVE (Room 318)  |
| - | LT  | - | call (619) 557-5157  | - | DEPARTMENT THREE (Room 129) |
| - | MM  | - | call (619) 557-7407  | - | DEPARTMENT ONE (Room 218)   |

2.    **Within 14 days[1] from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition to the Abandonment** and separate **Request and Notice of Hearing** [Local Form CSD 1184[2]] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

      a.    identify the interest of the opposing party; and

      b.    state, with particularity, the factual and legal grounds for the opposition.

3.    **You must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

      **If you fail to serve your "Declaration in Opposition to the Abandonment" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

Dated: May 13, 2024

/s/ Christopher R. Barclay
_____
Chapter 7 Trustee
Address:  P.O. Box 2819
          La Mesa, CA 91943

Phone No.: (619) 255-1529
E-mail:    admin@crb7trustee.com

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

## PROPERTY TO BE ABANDONED

Trustee Intends to abandon the following personal property listed on Debtor's Schedule A/B:

| Description of Property (According to Schedule A/B) | Scheduled Value (According to Schedule A/B) |
| --- | --- |
| File cabinets, desks, couches, chairs Unknown Replacement | $2,000.00 |
| Routers, wires, T.V. screen, camera system Unknown Replacement | $4,000.00 |
| HP Speed Printer Lease 3 year lease (approximately 30 months left) $0.00 Comparable sale | $400.00 |
| Prop 13 Tax Bill Savings $30,000 Annualized over lease term Unknown | $0.00 |