# Notice Recipients

District/Off: 0974–3          User: Admin.          Date Created: 5/14/2024

Case: 24–00337–CL7          Form ID: pdf904          Total: 49

**Recipients of Notice of Electronic Filing:**

tr     Christopher R. Barclay     admin@crb7trustee.com
aty     Franco Simone     info@sbsdlaw.com
aty     Gary B. Rudolph     grudolph@fennemorelaw.com
aty     Martin A. Eliopulos     elio@higgslaw.com
aty     Thomas B. Gorrill     tom@gorillalaw.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     Alta Vista Park, A Limited Partnership     c/o Higgs Fletcher & Mack LLP     Attn: Martin A. Eliopulos, Esq.     401 West A Street, Suite 2600     San Diego, CA 92101
15077187     AT&T     P.O. Box 5014     Carol Stream, IL 60197–5014
15069209     Alejandra Parsons     Ste. 104     2423 Camino Del Rio South     San Diego, CA 92108
15069210     Aptus Court Reporting     401 West ' A' Street     Suite 1680     San Diego, CA 92101
15069211     Arlen T. Beatty     3111 Vancouver Ave.     San Diego, CA 92104
15069212     Bellage Cosmetics     Ste. 107ABC     2423 Camino Del Rio South     San Diego, CA 92108
15069213     Blackwater, Cris     Ste. 207     2423 Camino Del Rio South     San Diego, CA 92108
15069214     Brown Sugar     Ste. 202C     2423 Camino Del Rio South     San Diego, CA 92108
15069215     CDR Partners 2nd TD     2423 Camino Del Rio South     Suite 115/118     San Diego, CA 92108
15069216     Charlene Palmer     9642 Buffer Way     Montgomery Village, MD 20879
15069217     Cheryl Krivorchuk     Ste. 209     2423 Camino Del Rio South     San Diego, CA 92108
15069218     Clara Galindo     Ste. 106     2423 Camino Del Rio South     San Diego, CA 92108
15069219     Darcy Aguilar, LMFT     Ste. 103A     2423 Camino Del Rio South     San Diego, CA 92108
15069220     Devin Price     Ste. 103     2423 Camino Del Rio South     San Diego, CA 92108
15069221     Diane Voca     10318 Stratford Pointe Ave.     Orlando, FL 32832
15077188     EDCO Disposal Corporation     6670 Federal Blvd.     Lemon Grove, CA 91945
15079291     Echo Roben     2419 Felton Street     San Diego, CA 92104
15069222     Franco Simone     Simone & Blevins     3702 Fourth Ave.     San Diego, CA 92130
15069223     Fred Fullilove     Ste. 202B     2423 Camino Del Rio South     San Diego, CA 92108
15071098     Gary B. Rudolph, Esq.     Fennemore, LLP,     600 B Street, Suite 1700     San Diego, CA 92101     grudolph@fennemorelaw.com
15069224     Gregory W. Raymond     7305 Fulwood Lane     San Diego, CA 92111
15069225     Health System     Ste. 101     2423 Camino Del Rio South     San Diego, CA 92108
15069226     Herbert D. Raymond, IV     4043 Liberty Canyon Road     Agoura Hills, CA 91301
15069227     Joni Hendrickson     Ste. 207A     2423 Camino Del Rio South     San Diego, CA 92108
15069228     Kay Merwin–Nemitz     12741 Laurel, #36     Lakeside, CA 92040
15069229     Kristi Nails     Ste. 108B     2423 Camino Del Rio South     San Diego, CA 92108
15069230     Lauren Keller     Ste. 105     2423 Camino Del Rio South     San Diego, CA 92108
15069231     Lisa Wyneken     Ste. 205     2423 Camino Del Rio South     San Diego, CA 92108
15069232     Marie Raymond     3133 Browning     San Diego, CA 92106
15069208     Marine Merchant Finance Co.     2423 Camino Del Rio South Suite 115     San Diego, CA 92108
15069233     Melissa Truffer     9720 Royal Crest Circle     Frederick, MD 21704
15069234     Mindfull Therapy     Ste. 211     2423 Camino Del Rio South     San Diego, CA 92108
15069235     Pacific States     Ste. 203     2423 Camino Del Rio South     San Diego, CA 92108
15091615     Paul Kellogg     3247 Via Las Faldas     Jamul, CA 91935
15069236     Paul Kellogg, Trustee of Paul     Paul Huston Kellog Trust     3247 Via Las Palgas     Jamul, CA 91935
15077189     R/G Maintenance     8888 Clairemont Mesa Blvd.     Suite M     San Diego, CA 92123
15077190     SDG&E     P.O. Box 25111     Santa Ana, CA 92799–5111
15069237     Shane Leiby     13446 Lake Mary Jane Road     Orlando, FL 32832
15069238     Small Business Administration     14925 Kingsport Road     Fort Worth, TX 76155–2243
15069239     Stanley A. Smith     4367 Osprey St.     San Diego, CA 92107
15077191     Terminex     4850 Pacific Highway #200     San Diego, CA 92110
15069240     Tracy McMasters     Ste. 213     2423 Camino Del Rio South     San Diego, CA 92108
15069241     Wendy Marie Aranda     2435 Springbrook St.     Thousand Oaks, CA 91362
15069242     William Strnad     2272 Buffalo Ave.     Ventura, CA 93003

TOTAL: 44