# Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 5/5/2025

Case: 24–00337–CL7     Form ID: pdf904     Total: 58

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Christopher R. Barclay | admin@crb7trustee.com |
| aty | Franco Simone | info@sbsdlaw.com |
| aty | Gary B. Rudolph | grudolph@fennemorelaw.com |
| aty | Martin A. Eliopulos | elio@higgslaw.com |
| aty | Thomas B. Gorrill | tom@gorillalaw.com |
| aty | William P. Fennell | william.fennell@fennelllaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db  Alta Vista Park, A Limited Partnership  c/o Higgs Fletcher & Mack LLP  Attn: Martin A. Eliopulos, Esq.  401 West A Street, Suite 2600  San Diego, CA 92101
cr  Marine Merchant Finance Company  4367 Osprey St.  San Diego, CA 92107
15077187  AT&T  P.O. Box 5014  Carol Stream, IL 60197–5014
15069209  Alejandra Parsons  Ste. 104  2423 Camino Del Rio South  San Diego, CA 92108
15069210  Aptus Court Reporting  401 West ' A' Street  Suite 1680  San Diego, CA 92101
15113154  Arlen T. Beatty  3111 Vancouver Ave  San Diego, CA 92105
15069211  Arlen T. Beatty  3111 Vancouver Ave.  San Diego, CA 92104
15069212  Bellage Cosmetics  Ste. 107ABC  2423 Camino Del Rio South  San Diego, CA 92108
15069213  Blackwater, Cris  Ste. 207  2423 Camino Del Rio South  San Diego, CA 92108
15069214  Brown Sugar  Ste. 202C  2423 Camino Del Rio South  San Diego, CA 92108
15069215  CDR Partners 2nd TD  2423 Camino Del Rio South  Suite 115/118  San Diego, CA 92108
15113172  CDR Partners 2nd TD  CDR Partners c/o Arlen T. Beatty  3111 Vancouver Ave  San Diego, CA 92105
15069216  Charlene Palmer  9642 Buffer Way  Montgomery Village, MD 20879
15069217  Cheryl Krivorchuk  Ste. 209  2423 Camino Del Rio South  San Diego, CA 92108
15069218  Clara Galindo  Ste. 106  2423 Camino Del Rio South  San Diego, CA 92108
15069219  Darcy Aguilar, LMFT  Ste. 103A  2423 Camino Del Rio South  San Diego, CA 92108
15069220  Devin Price  Ste. 103  2423 Camino Del Rio South  San Diego, CA 92108
15069221  Diane Voca  10318 Stratford Pointe Ave.  Orlando, FL 32832
15077188  EDCO Disposal Corporation  6670 Federal Blvd.  Lemon Grove, CA 91945
15079291  Echo Roben  2419 Felton Street  San Diego, CA 92104
15104799  FRANCHISE TAX BOARD  BANKRUPTCY SECTION MS A340  PO BOX 2952  SACRAMENTO CA 95812–2952
15112910  Faith Roberts  14925 Kingsport Road  Fort Worth, TX 76155
15069222  Franco Simone  Simone & Blevins  3702 Fourth Ave.  San Diego, CA 92130
15069223  Fred Fullilove  Ste. 202B  2423 Camino Del Rio South  San Diego, CA 92108
15071098  Gary B. Rudolph, Esq.  Fennemore, LLP,  600 B Street, Suite 1700  San Diego, CA 92101  grudolph@fennemorelaw.com
15069224  Gregory W. Raymond  7305 Fulwood Lane  San Diego, CA 92111
15069225  Health System  Ste. 101  2423 Camino Del Rio South  San Diego, CA 92108
15069226  Herbert D. Raymond, IV  4043 Liberty Canyon Road  Agoura Hills, CA 91301
15069227  Joni Hendrickson  Ste. 207A  2423 Camino Del Rio South  San Diego, CA 92108
15069228  Kay Merwin–Nemitz  12741 Laurel, #36  Lakeside, CA 92040
15069229  Kristi Nails  Ste. 108B  2423 Camino Del Rio South  San Diego, CA 92108
15069230  Lauren Keller  Ste. 105  2423 Camino Del Rio South  San Diego, CA 92108
15069231  Lisa Wyneken  Ste. 205  2423 Camino Del Rio South  San Diego, CA 92108
15069232  Marie Raymond  3133 Browning  San Diego, CA 92106
15069208  Marine Merchant Finance Co.  2423 Camino Del Rio South Suite 115  San Diego, CA 92108
15097565  Marine Merchant Finance Company  4367 Osprey Street  San Diego, CA 92107
15069233  Melissa Truffer  9720 Royal Crest Circle  Frederick, MD 21704
15069234  Mindfull Therapy  Ste. 211  2423 Camino Del Rio South  San Diego, CA 92108
15069235  Pacific States  Ste. 203  2423 Camino Del Rio South  San Diego, CA 92108
15091615  Paul Kellogg  3247 Via Las Faldas  Jamul, CA 91935
15069236  Paul Kellogg, Trustee of Paul  Paul Huston Kellog Trust  3247 Via Las Palgas  Jamul, CA 91935
15077189  R/G Maintenance  8888 Clairemont Mesa Blvd.  Suite M  San Diego, CA 92123
15077190  SDG&E  P.O. Box 25111  Santa Ana, CA 92799–5111
15069237  Shane Leiby  13446 Lake Mary Jane Road  Orlando, FL 32832
15069238  Small Business Administration  14925 Kingsport Road  Fort Worth, TX 76155–2243
15069239  Stanley A. Smith  4367 Osprey St.  San Diego, CA 92107
15077191  Terminex  4850 Pacific Highway #200  San Diego, CA 92110
15069240  Tracy McMasters  Ste. 213  2423 Camino Del Rio South  San Diego, CA 92108
15112911  U.S. Small Business Administration  14925 Kingsport Road  Fort Worth, TX 76155
15069241  Wendy Marie Aranda  2435 Springbrook St.  Thousand Oaks, CA 91362
15097480  William P. Fennell  Law Office of William P. Fennell, APLC  600 West Broadway, Suite 930  San Diego, CA 92101
15069242  William Strnad  2272 Buffalo Ave.  Ventura, CA 93003

TOTAL: 52