**FENNEMORE LLP**
Gary B. Rudolph, SBN 101921
Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
T: (619) 233-4100 |F: (619) 231-4372
grudolph@fennemorelaw.com

Attorneys for Chapter 7 Trustee, CHRISTOPHER R. BARCLAY

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>ALTA VISTA PARK, A LIMITED PARTNERSHIP,<br><br>Debtor. | Case No.: 24-00337-CL7<br><br>Chapter 7<br><br>**STATEMENT OF NON OPPOSITION TO FEE APPLICATIONS**<br><br>Date: October 19, 2026<br>Time: 10:00 a.m.<br>Dept.: 1<br>United States Bankruptcy Court<br>325 West "F" Street<br>San Diego, CA 92101-6991<br>Judge: Hon. Christopher B. Latham, Chief Judge Presiding |

On September 8, 2026, Christopher Barclay filed his First and Final Fee Application as accountant for the Trustee (ECF 100). On September 8, 2026, Fennemore filed its First and Final Fee Application as general counsel for the Trustee (ECF 101). Notice of hearing on those applications was filed and served on September 8, 2026 (ECF 102). An amended notice of hearing was filed and served on September 9, 2026 (ECF 103). The last day to file any opposition was September 26, 2026–but since that was a Saturday, the last day was extended to Monday September 28, 2026.

No opposition was filed to either application on or before Monday September 28, 2026 and Applicants respectfully request that their First and Final Applications be granted as prayed for.

Respectfully submitted.

Dated: September 30, 2026

FENNEMORE LLP

By: */s/ Gary B. Rudolph*
Gary B. Rudolph, Esq.
Attorneys for Christopher R. Barclay, Chapter 7 Trustee